400 A.2d 639

Commonwealth v. MacMillan, Appellant.

Submitted September 15, 1978. Christopher M. Cicconi, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.